■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIUS WILLIE, Appellant. [975 NYS2d 343]—Judgment, Supreme Court, Bronx County (Martin Marcus, J.), rendered May 27, 2011, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a second felony offender, to a term of five years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see* People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. Defendant's grand jury testimony tended to corroborate material aspects of the victim's testimony. Concur—Mazzarelli, J.P., Saxe, Moskowitz, DeGrasse and Gische, JJ.